UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DT, by and through NEXT FRIEND, GARRETT TAYLOR<br><br>Plaintiff,<br><br>vs.<br><br>MS, by and through his duly appointed DEFENDANT AD LITEM, Thomas Snider<br><br>and<br><br>POLARIS INC.,<br><br>Defendants. | CASE NO.: 2:22-CV-4132<br><br>CASE BELOW:<br>Circuit Court of Boone County Missouri<br>CASE NO.: 22BA-CV01237 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5(h) of the Local Civil Rules of Procedure for the United States District Court for the Western District of Missouri, I, Alyssa A. Moscarino, respectfully move for admission *pro hac vice* to the bar of this Court for the purpose of representing Polaris Inc., in the instant matter.

In support of this Motion, I submit and certify the following information:

1. Full name and address of the movant-attorney:

    ALYSSA A. MOSCARINO, OH Bar #0093847
    Benesch, Friedlander, Coplan & Aronoff LLP
    200 Public Square, Suite 2300
    Cleveland, Ohio 44114
    T: 216-363-4500
    F: 216-363-4588
    amoscarino@beneschlaw.com

2. Pursuant to Rule 83.5(h)(1)(B) of the Local Civil Rules of Procedure for the United States District Court for the Western District of Missouri, I am admitted to practice in the following Courts:

| **Jurisdiction** | **Yr. Admitted** | **Bar Number** |
|---|---|---|
| State of Ohio | 11/16/2015 | 0093847 |
| USDC – Northern District of OH | 12/08/2015 | |
| USDC – Southern District of OH | 01/12/2016 | |
| District Court of Colorado | 09/28/2018 | |
| USDC – Eastern District of MI | 01/29/2019 | |

3. Pursuant to Rule 83.5(h)(1)(C) of the Local Civil Rules of Procedure for the United States District Court for the Western District of Missouri, I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar.

4. Pursuant to Rule 83.5(h)(1)(A) of the Local Civil Rules of Procedure for the United States District Court for the Western District of Missouri, I do not reside in the Western District of Missouri, am not regularly employed in this district and am not regularly engaged in the practice of law in this district.

5. I designate the following member of this Bar upon whom service of all pleadings may be made:

   Michelle L. Corrigan, #25008
   7700 Forsyth Blvd., Suite 1100
   St. Louis, MO 63105
   Telephone: (314) 259-4571
   E-mail: Michelle.Corrigan@stinson.com

6. I confirm that I have read and am familiar with the Local Rules for the United States District Court for the Western District of Missouri and voluntarily submit to disciplinary proceedings arising out of my practice *pro hac vice* this District.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2022.

_____
Signature of Movant
Alyssa A. Moscarino

Dated: September 12, 2022         Respectfully submitted,

                                  STINSON LLP

                                  */s/ Michelle L. Corrigan*
                                  Michelle L. Corrigan, #25008
                                  7700 Forsyth Blvd., Suite 1100
                                  St. Louis, MO 63105
                                  Telephone: (314) 259-4571
                                  E-mail: Michelle.Corrigan@stinson.com


                                  and

                                  */s/ Keegan J. Shea*
                                  Keegan J. Shea, MO #71167
                                  7700 Forsyth Blvd., Suite 1100
                                  St. Louis, MO 63105
                                  214-259-4536 (telephone)
                                  314-259-3964 (fax)
                                  keegan.shea@stinson.com
                                  ***Attorneys for Polaris Inc.***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on September 12, 2022, the foregoing document was served via the Court's CM/ECF system on all counsel of record.

                                              */s/ Michelle L. Corrigan*
                                              ***Attorney for Polaris Inc.***